~~SEALED~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, s/ MF

Plaintiff,

v.

AARON BROZEK,

Defendant.

**ORDERED UNSEALED on 03/17/2026 s/ MariaFujit**

Case No.: 26mj946

COMPLAINT FOR VIOLATION OF:
Title 18, U.S.C., Secs. 922(g)(1) and 924(a)(2) - Felon in Possession of a Firearm;
Title 21, U.S.C., Sec. 841(a)(1) – Possession of Methamphetamine, with Intent to Distribute;
Title 18, U.S.C., Sec. 924(c)(1) - Possession of a Firearm in Furtherance of a Drug Trafficking Crime

The undersigned complainant being duly sworn states:

COUNT ONE

On or about January 29, 2026, within the Southern District of California, defendant AARON BROZEK, knowing his status as a convicted felon, that is, a person having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in an affected interstate commerce, to wit: a loaded 9mm Glock 19 bearing serial number EH331; in violation of Title 18, United States Code, Section 922(g)(1).

COUNT TWO

On or about January 29, 2026, within the Southern District of California, defendant AARON BROZEK, knowing his status as a convicted felon, that is, a person having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in an affected interstate commerce, to wit: 23 rounds of 9 mm ammunition, ten 12-gauge shotgun shells, and 65 rounds of .40 caliber ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

COUNT THREE

On or about January 29, 2026, within the Southern District of California, defendant

AARON BROZEK did knowingly and intentionally possess, with intent to distribute, 50 grams and more, to wit: 82.8 grams of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

COUNT FOUR

On or about January 29, 2026, within the Southern District of California, Defendant AARON BROZEK, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, namely, Possession of Methamphetamine with Intent to Distribute, in violation of Title 21, United States Code, Section 841(a)(1), the crime charged in Count 3 of this Complaint, did knowingly possess a firearm, that is, a loaded 9mm Glock 19 bearing serial number EH331; in violation of Title 18, United States Code, Section 924(c)(1).

The complainant states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

Veronika Fischer

Veronika Fischer
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 20th day of February, 2026.

HON. MICHAEL S. BERG
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

On January 29, 2026, at approximately 12:09 p.m., San Diego Sheriff's Office (SDSO) deputies were dispatched to a report of domestic violence at 7775 North Avenue #109, Lemon Grove, California. Deputies were notified that the reporting party, A.B., alleged that her husband AARON BROZEK, had physically battered her the night before, and had just slapped the phone from her hand. She stated that BROZEK had left the scene in a van.

As SDSO deputies were arriving at the scene, A.B. observed BROZEK drive by her in a 2006 Dodge Magnum. A.B. informed responding officers that BROZEK was possibly driving to the residence of the Dodge Magnum's registered owner at 8711 Navajo Road, San Diego, California.

A.B. also told deputies that the night before, she and BROZEK engaged in a verbal argument as he was removing items from the apartment and that he told her, "[i]f I'm going to hit you again, I'm going to kill you, so don't worry about it." He then stole money from her wallet and, as he was leaving, pushed her with enough force to cause her to hit her head on the door frame.

A.B. stated that she spoke with BROZEK on the phone after he left. She said she told him that she was going to the hospital for the injuries she had suffered. He responded that if she did, law enforcement officers would come to get him and that he was going to "die" because he was not going back to prison. She informed deputies that BROZEK kept a gun in his waistband and had rifles in his vehicle.

A.B. told deputies that BROZEK returned that night and began throwing items in the apartment. He then got close to A.B.'s face and told her he was going to hit her. When A.B. attempted to use her phone to call the police, he hit the phone out of A.B.'s hands and then left.

SDSO deputies searched for BROZEK and later identified him as the driver and sole occupant of the Dodge Magnum in the vicinity of 8711 Navajo Road. Once additional

officers responded to the scene, they conducted a high-risk vehicle stop based on the belief that BROZEK was wanted for domestic violence and was potentially armed and suicidal.

During the subsequent stop, BROZEK was uncooperative and refused to follow the deputies' commands. After he was physical with deputies, they deployed a trained Sheriff's canine to subdue him. BROZEK was ultimately detained and placed under arrest.

The Dodge Magnum was searched incident to BROZEK's arrest. Inside the vehicle, deputies found approximately 82.8 grams of a crystalline substance consistent with the appearance of methamphetamine, two bulbous glass pipes, one small pocket scale, approximately 100 rounds of various calibers, firearm magazines, a 9mm Glock 19 bearing serial number EH331, loaded with a full 15-round magazine, a Winchester Model 1200 shotgun bearing serial number L3139180, loaded with 4 12-gauge rounds, an unloaded New England SB1 shotgun bearing serial number NE215119, brass knuckles, and a black iPhone. Deputies also found jewelry, US and foreign currency, and watches.

The registered owner of the Dodge Magnum informed SDSO deputies that none of the items located in the Dodge Magnum belonged to them as they had cleaned out the vehicle for BROZEK's use earlier on the day of the incident.

The firearms were seized and inspected. An initial investigation of the firearms revealed that they were manufactured outside of California and therefore traveled in interstate commerce.

Records checks on BROZEK revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 04/05/1999 | CASC-San Diego | PC 245(A)(1) – Force/Assault with a Deadly Weapon Not a Firearm (Felony), GBI Likely | 365 days jail, 5 years probation |
| 01/31/2000 | CASC-San Diego | PC 245(C)- Assault with a Deadly Weapon Not a Firearm Police | 11 years prison |

| | | | |
|---|---|---|---|
| | | Officer/Firefighter, GBI | |
| 07/07/2011 | CASC-San Diego | PC 273.5(A)- Inflict Corporal Injury on Spouse/Cohabitant | 16 months prison |
| 12/11/2014 | CASC – Blythe | PC 4573.6 – Possession of a Controlled Substance in Prison | 48 months prison, consecutive |

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.